195 So.2d 647

**James T. FRESINA, individually, etc.**

v.

**James GUY, Royal Furniture Company of Baton Rouge, Inc., The Travelers Insurance Company, Carey Sewell and Hartford Accident and Indemnity Company.**

No. 48600.

March 10, 1967.

In re: The Travelers Insurance Company, James Guy and Royal Furniture Company of Baton Rouge, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 193 So.2d 857.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.